x:\tc51661\appear

WDJ/ls
File No.: TC-51661

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
BERTHA TACHE,

                          Plaintiff,

            -against-

ALAN KASMAN DBA KASCO, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVIVCES CO., MERRILL
LYNCH & CO, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER D CO. G.P.
CORP., WFP TOWER D HOLDING CO. I L.P., WFP
TOWER D HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D. CO.,
L.P., ET AL,

                        Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 CV 1537

C O U N S E L O R S :

      PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

                        WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                        BARRY, McTIERNAN & MOORE
                        Attorneys for Defendants
                        STRUCTURE TONE, INC. s/h/a
                        STRUCTURE TONE (UK), INC. and
                        STRUCTURE TONE GLOBAL SERVICES, INC.
                        2 Rector Street – 14th Floor
                        New York, New York 10006
                        (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700