UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                **21 MC 102 (AKH)**

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

---

| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: | Docket No.: |
|---|---|
| Borkowski, Andrzej | 07-CV-1472 |
| Castellanos, Ludivia (and Husband, Luis L. Martinez) | 07-CV-1480 |
| Castro, Janeth | 07-CV-8279 |
| Chalco, Aida | 07-CV-1481 |
| Guerrero, Francisco (and Wife, Arelis Guerrero) | 05-CV-1636 |
| Kappinski, Slawek | 07-CV-1634 |
| Leon, Segundo | 07-CV-8283 |
| Llerena, Hilda | 07-CV-1650 |
| Medrano, Salvador (and Wife, Trinidad Medrano) | 07-CV-4492 |
| Medrano, Trinidad (and Husband, Salvador L. Medrano) | 07-CV-4493 |
| Morales, Fabio (and Wife, Martha Morales) | 07-CV-1667 |
| Moran, Wilson (and Wife, Gloria Moran) | 06-CV-12341 |
| Perez, Jacqueline | 07-CV-8284 |
| Porowski, Piotr (and Wife, Malgorzata Porowski) | 06-CV-3850 |
| Rozpedowski, Jerzy | 07-CV-8285 |
| Quintanilla, Natalia (and Husband, Gerardo Quintanilla) | 06-CV-1341 |
| Sanchez, Delta E. (and Husband, Filemon M. Rojas) | 07-CV-8286 |
| Santana, Miquel | 07-CV-1700 |
| Siemek, Andrzej (and Wife, Janina Siemek) | 07-CV-1704 |
| Szczepanski, Krzysztof (and Wife, Anna Szczepanski) | 06-CV-15084 |
| Tabares, Ljiljana | 07-CV-8289 |
| Tache, Bertha | 07-CV-1537 |
| Tenezaca, Julia | 07-CV-1714 |

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
       December 6, 2007

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant
    TRC Engineers, Inc.
One Commerce Plaza
Albany, New York  12260
(518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 6th day of December, 2007, via ECF upon the ECF participants.

*Carrie L. Lalyer*
Carrie L. Lalyer