KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER             21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
BERTHA TACHE,                                  DOCKET NO.:
                                               07 CV 1537

      Plaintiffs,

 -against-

100 CHURCH, LLC, 160 WATER STREET, INC,
160 WATER STREET ASSOCIATES, AJ
GOLDSTEIN & CO., ALAN KASMAN DBA KASCO,      NOTICE OF
ALAN L. MERRIL, AMBIENT GROUP, INC.,         APPEARANCE
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BANKERS
TRUST CORP., BANKERS TRUST NEW YORK
CORPORATION, BATTERY PARK CITY AUTHORITY,
BETTY JEAN GRANQUIST, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW
YORK, BOARD OF MANAGERS OF THE HUDSON VIEW
EAST CONDIMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC., CAROL
GAYNOR TRUST, CARL GAYNOR, AS TRUSTEE OF THE
CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR,
CUNNINGHAM DUCT CLEANING CO., INC., DEPARTMENT
OF BUSINESS SERVIES, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BAK TRUST
COPORATION, ENVIROTECH CLEAN
AIR, INC., FGP 90 WEST STREET, INC.,

FRED GOLDSTEIN, G.L.O MANAGEMENT, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., KASKO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING, P.C., MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS G. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERILL LYNCH & CO., MERILL LYNCH & CO., INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JERMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC, PAMELA BETH KLEIN AS TRUSTEE OF THE PAMELA DN ROWAN KLEIN TRUST, R Y MANAGEMENT CO., INC., ROWMANK. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., RUTH G. LEBOW, RY MANAGEMENT, SABINE ZERARKA, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK) INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYKLIA R. GOLDSTEIN, THE BANK OF NEW YORK COMPANY, INC., TISHMAN INTERIORS CORPORATION, TOSCORP., INC., TRC ENGINEERS, INC., TRIBECA LANDING, LLC., VERIZON NEW YORK, INC.,

WESTON SOLUTIONS, INC, WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P., WFPT TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO., I. L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I. G.P. CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., et al.

**Defendants.**

-----------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated:      New York, New York
            January 10, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a
                                        CUNNINGHAM DUCT CLEANING CO.,
                                        INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **BERTHA TACHE**
      115 Broadway 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**BERTHA TACHE**
115 Broadway 12th Floor
New York, New York 10006

*[signature]*

**KEVIN G. HORBATIUK**