UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X
BERTHA TACHE

                      Plaintiffs,

  -against-

100 CHURCH, LLC, ET. AL.,

                      Defendant.

See Rider Attached.
-----------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07CV1537

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

    Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:     New York, New York
           January 10, 2008

                                  Yours etc.,

                                  CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                  Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

                                  By: _____
                                      Vincent A. Nagler ( 6400 )
                                  One Whitehall Street
                                  New York, New York 10004
                                  (212) 248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

AO 440 (Rev 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

BERTHA TACHE

**SUPPLEMENTAL SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: (AKH)
07CV1537

100 CHURCH, LLC, ET. AL.,

SEE ATTACHED RIDER,

TO: (Name and address of defendant)

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

SEP 20 2007

DATE

**RIDER**

BERTHA TACHE,

                                  Plaintiffs,

- against -

100 CHURCH, LLC, 160 WATER ST., INC., 160 WATER STREET ASSOCIATES, AJ GOLDSTEIN & CO., ALAN KASMAN DBA KASCO, ALAN L. MERRIL, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BATTERY PARK CITY AUTHORITY, BETTY JEAN GRANQUIST, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CAROL GAYNOR TRUST, CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR, CUNNINGHAM DUCT CLEANING CO., INC., DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., FRED GOLDSTEIN, G.L.O. MANAGEMENT, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC.,

Case 1:07-cv-01537-AKH    Document 27    Filed 01/11/2008    Page 5 of 5

JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING P.C., MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO,INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURASECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, R Y MANAGEMENT CO., INC., ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RUTH G. LEBOW, RY MANAGEMENT, SABINE ZERARKA, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYLVIA R. GOLDSTEIN, THE BANK OF NEW YORK COMPANY, INC., TISHMANINTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TRIBECA LANDING L.L.C., VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER DHOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                                    Defendants.
-------------------------------------------------X

Defendants' Addresses: