x:\ATS 52118\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
BERTHA, TACHE,

                                                                            Plaintiff(s),

            - against -

10 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, AJ GOLDSTEIN
& CO., ALAN KASMAN DBA KASCO, ALAN L.
MERRIL, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BANKERS
TRUST COMPANY, BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK CORPORATION,
BATTERY PARK CITY AUTHORITY, BETTY
JEAN GRANQUIST, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY OF
NEW YORK, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDING INC., CAROL GAYNOR
TRUST, CAROL GAYNOR, AS TRUSTEE OF THE
CAROL GAYNOR TRUST, CAROL MERRIL
GAYNOR, CUNNINGHAM DUCT CLEANING
CO., INC., DEPARTMENT OF BUSINESS

Civil Action No.: 07 CV 1537

**NOTICE OF ADOPTION**

SERVICES, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., FRED GOLDSTEIN, G.L.O. MANAGEMENT, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF TRUST, HERMAN L. BLUM, AS A TRUSTEE UNDEER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LAND LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING P.C., MARGARET G. WATERS, MARGUERITE K. LEWIS, AS A TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO, INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATILIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST , R Y MANAGEMENT CO., INC., ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROYAL AND SUN ALLIANCE INSURANCE GROUP, PLC, RUTH G. LEBOW, RY MANAGEMENT, SABINE ZERARKA, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUSTURE TONE GLOBAL SERVICES, INC., SYLVIA R. GOLDSTEIN, THE BANK OF NEW YORK COMPANY, INC., TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRCENGINEERS, INC.,

TRIBECA LANDING L.L.C., VERIZON NEW YORK, INC., WESTON SOLUTION, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P[., AND ZAR REALTY MANAGEMENT CORP., ET AL.

      Defendant(s).

------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
    December 13, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600