Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendant: New York University

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)
07 CV 1537 (AKH)
------------------------------------------------------------------- X
BERTHA TACHE,

Plaintiff,

-against-

NEW YORK UNIVERSITY,

Defendant.
------------------------------------------------------------------- X

**NOTICE OF THE NEW YORK UNIVERSITY'S ADOPTION OF ANSWER TO MASTER COMPLAINT**

PLEASE TAKE NOTICE THAT defendant NEW YORK UNIVERSITY, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts the NYU Defendants' Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the NEW YORK UNIVERSITY demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
February 4, 2008

WADE CLARK MULCAHY

/s/

______________________________

By: Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
Attorneys for NYU Defendants
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on February 4, 2008, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic filing:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____________________________
Sibil Miranda

Sworn to before me this
4th day of February 2008

/s/
_____________________________
Notary Public